# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**THOMAS BILLUPS**                                                                                             **PLAINTIFF**

**v.**                                   **CIVIL ACTION NO.: 1:24-cv-74-SA-DAS**

**LOUISVILLE MUNICIPAL SCHOOL DISTRICT**                                   **DEFENDANT**

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff by and through counsel and serves this his Response to Defendant's Motion for Summary Judgment. In support, Plaintiff attaches the following exhibits:

A. Exhibit "A" – Affidavit of Plaintiff, Thomas Billups

B. Exhibit "B" -- Deposition of Tommie Dorris

C. Exhibit "C" – Defendant's EEOC Position Statement

For the reasons explained in Plaintiff's supporting memorandum brief, the Defendant's Motion for Summary Judgment should be denied.

THIS the 12th day of June, 2025.

                                                            Respectfully submitted,

                                                            <u>s/ Jane A. Watson</u>
                                                            JANE A. WATSON (MB#106877)
                                                            NICK NORRIS (MB# 101574)
                                                            LOUIS H. WATSON, JR. (MB# 9053)
                                                            Attorney for Plaintiff

OF COUNSEL:
WATSON & NORRIS, PLLC
1501 Jackson Ave. W. STE 113 PMB 101

Oxford, Mississippi 38655
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
jane@watsonnorris.com

## **CERTIFICATE OF SERVICE**

I, Nick Norris, attorney for Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via ECF filing or by United States Mail with postage fully prepaid thereon to all counsel of record.

SO CERTIFIED, this the 12th day of June, 2025.

                                      s/ Nick Norris
                                      NICK NORRIS