IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THOMAS BILLUPS                                                                    PLAINTIFF

v.                                                         CIVIL ACTION NO. 1:24-CV-74-SA-DAS

LOUISVILLE MUNICIPAL SCHOOL DISTRICT                           DEFENDANT

ORDER TO SHOW CAUSE

This matter comes before the Court on its own initiative. The Court has serious concerns that a certain legal memorandum submitted in this case by Plaintiff Thomas Billups contains a fictitious legal authority and misrepresentations of law.

Pending before the Court is Louisville Municipal School District's Motion for Summary Judgment [60]. In reviewing Billups' Response Memorandum [65], the Court was unable to locate one authority cited therein and has developed concerns that other cited cases do not support the proposition for which they are cited.

The submission of fictitious legal authorities and making misrepresentations of case law violates Rule 11 and undermines the integrity of the judicial process.[1]

IT IS HEREBY ORDERED that Nick Norris, Louis Watson, and Jane Watson shall appear before this Court on Tuesday, October 21, 2025 at 1:30 PM, Courtroom 1, 301 West Commerce Street, Aberdeen, MS 39730, to show cause as to why the Court should not impose sanctions pursuant to Federal Rule of Civil Procedure 11 and/or its inherent authority.

---

[1] Federal Rule of Civil Procedure 11(b) provides that "[b]y presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:…the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law[.]" FED. R. CIV. P. 11(b)(2).

Nick Norris, Louis Watson, and Jane Watson are directed to bring two copies of *United States v. Dr. Pepper Bottling Co. of Tex.*, 130 F. Supp. 2d 846, 851 (N.D. Tex. 2001) referenced in the filed Response Memorandum [65].

In addition, Norris, Watson, and Watson are directed to bring two copies of the following cases and be prepared to justify the propositions for which those cases are cited in the filed Memorandum [65]:

- *Jackson v Gautreaux*, 3 F. 4th 182, 190 (5th Cir. 2021);
- *Jackson v. Cal-W. Packaging Corp.*, 602 F. 3d 374, 380 (5th Cir. 2010); and
- *Etienne v. Spanish Lake Truck & Casino Plaza, L.L.C.*, 778 F. 3d 473, 476 (5th Cir. 2015).

The Court may have questions regarding other citations included in the briefing, and Norris, Watson, and Watson should be prepared to discuss any cited authority.

Defense counsel may appear for the hearing in person if they desire to do so or they may appear by video. Should they desire to appear by video, they shall communicate the same to the Court via email to Judge_Aycock@msnd.uscourts.gov on or before Tuesday, October 7, 2025 so that appropriate arrangements can be made. In addition, the jury trial currently set for October 20, 2025 is hereby continued and will be reset in due course.

SO ORDERED, this the 11th day of September, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE