UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

# **NOTICE**

THOMAS BILLUPS                                                              PLAINTIFF

V.                                    CIVIL ACTION NO.: 1:24CV074-SA-DAS

LOUISVILLE MUNICIPAL SCHOOL DISTRICT            DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been CONTINUED.

**Type of Proceeding:**

**MVD/JURY TRIAL SET FOR OCTOBER 20, 2025 [13]
BEFORE SENIOR UNITED STATES DISTRICT JUDGE SHARION AYCOCK
IS CONTINUED, PER ORDER [69] UNTIL FURTHER ORDER OF THE COURT.**

DAVID CREWS, Clerk of Court

BY:    /s/      Tracy Wright
               Courtroom Deputy

Date: September 11, 2025

To:     Louis H. Watson, Jr. (electronic notice only)    Robert N. Norris (electronic notice only)
        Jane Ashley Watson (electronic notice only)     Daniel J. Griffith (electronic notice only)
        Katherine P. McClellan (electronic notice only)   Mary McKay Griffith (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 OR judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**