**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**THOMAS BILLUPS**                                                                                           **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 1:24-cv-74-SA-DAS**

**LOUISVILLE MUNICIPAL SCHOOL**                                          **DEFENDANT**
**DISTRICT**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED MEMORANDUM RESPONSE

COMES NOW, Plaintiff Thomas Billups, by and through undersigned counsel, pursuant to Local Uniform Civil Rule 7(b) and moves for leave to file a corrected memorandum response, stating:

1. Plaintiff's counsel used AI tools to assist in drafting the memorandum response filed on June 12, 2025. Upon review, counsel identified inaccuracies in certain citations, resulting from unverified AI-generated research.

2. Plaintiff seeks leave to correct these inaccuracies to ensure the accuracy of representations to the Court, pursuant to the Show Cause Order [Doc. 69] entered on September 11, 2025.

3. Plaintiff's counsel contacted Defendant's counsel on Wednesday, October 8th, 2025, regarding this motion but has not received a response.

4. Plaintiff does not object to Defendant filing a supplemental reply, if requested.

WHEREFORE, Plaintiff requests leave to file a corrected memorandum response, permits Defendant to file a supplemental reply if requested, and seeks any further relief the Court deems proper.

THIS the 13th day of October, 2025.

                    Respectfully submitted,

                    <u>s/ Jane A. Watson</u>
                    JANE A. WATSON (MB# 106877)
                    NICK NORRIS (MB# 101574)
                    LOUIS H. WATSON, JR. (MB# 9053)
                    Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1501 Jackson Avenue W. STE 113, PMB #101
Oxford, MS 38655
(601) 968-0000
Fax: (601) 968-0010
jane@watsonnorris.com

## **CERTIFICATE OF SERVICE**

      I, Jane A. Watson, attorney for Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via ECF filing or by United States Mail with postage fully prepaid thereon to all counsel of record.

      SO CERTIFIED, this the 13th day of October, 2025.

                    <u>s/ Jane A. Watson</u>
                    JANE A. WATSON