# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**THOMAS BILLUPS**                                                                                **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO.: 1:24-cv-74-SA-DAS**

**LOUISVILLE MUNICIPAL SCHOOL DISTRICT**                          **DEFENDANT**

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW** counsel for the Plaintiff, Louis H. Watson, Jr., and moves this honorable Court for leave to withdraw as counsel for Plaintiff. In support thereof, counsel for the Plaintiff would show unto the Court as follows:

1. The law firm of Watson & Norris, PLLC dissolved November 30, 2025.

2. Plaintiff has indicated that he would like Nick Norris of Nick Norris, P.A. to continue to represent him in this action following the dissolution of Watson & Norris, PLLC.

**WHEREFORE PREMISES CONSIDERED**, undersigned counsel prays for an Order granting Louis H. Watson, Jr., leave to withdraw as counsel for the Plaintiff in this matter.

THIS, the 3rd day of December 2025.

                                                    Respectfully submitted,
                                                    /s Louis H. Watson, Jr.
                                                    LOUIS H. WATSON JR. (MB# 9053)
                                                    Attorney for Plaintiff

OF COUNSEL:

THE WATSON LAW FIRM, PLLC
1501 JACKSON AVE W STE 113, PMB 101
OXFORD, MS 38655-2566
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com

## **CERTIFICATE OF SERVICE**

I, Louis H. Watson, Jr., attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, this the 3rd day of December 2025.

/s Louis H. Watson, Jr.
LOUIS H. WATSON, JR.