IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THOMAS BILLUPS                                                                                      PLAINTIFF

v.                                                                        CIVIL ACTION NO. 1:24-CV-74-SA-RP

LOUISVILLE MUNICIPAL SCHOOL DISTRICT                                               DEFENDANT

## ORDER

On October 13, 2025, Thomas Billups filed a Motion for Leave to File Corrected Memorandum [73]. A proposed memorandum was attached to that filing. The Motion [73] is GRANTED. Billups shall have 7 days to file the corrected memorandum which was attached to the Motion [73].

Additionally, Billups is hereby granted 45 days to file a supplemental memorandum. The supplemental memorandum shall be limited to the two issues discussed during the telephonic status conference held on January 20, 2026 in this matter. LMSD shall thereafter have 14 days to respond to the filing if it desires to do so.

SO ORDERED, this the 21st day of January, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE