IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THOMAS BILLUPS                                                    PLAINTIFF

V.                                              CAUSE NO. 1:24-CV-00074-SA-DAS

LOUISVILLE MUNICIPAL SCHOOL DISTRICT                             DEFENDANT
_____

TAKE NOTICE that a proceeding in this case has been RESET as to the location, date and time below:

Location:                                   Room:   Judge Sanders' Chambers

    Thomas Abernethy Federal Building
    301 W. Commerce Street
    Aberdeen, MS 39730

                             Date and Time: August 26, 2026
                                       1:30 p.m.

FINAL PRETRIAL CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. SANDERS

*Draft of Final Pretrial Order due by August 21, 2026*

                               DANIEL MCHUGH
                               Clerk of Court

                               By: /s/   Jennifer L.   Frantz
                               Courtroom Deputy

Date: April 20, 2026

To:    All Counsel of Record