**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**THOMAS BILLUPS**                                                                  **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO.: 1:24-CV-74-SA-DAS**

**LOUISVILLE MUNICIPAL SCHOOL DISTRICT**                               **DEFENDANT**

**ENTRY OF APPEARANCE**

**NOW COMES** Arnold U. Luciano of the firm Jacks Griffith Luciano, P.A., Attorneys at

Law, Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi

and duly admitted to this Court, enters his appearance as counsel of record for Defendant, Louisville

Municipal School District.

**RESPECTFULLY SUBMITTED,** this the 23rd day of April, 2026.

**JACKS GRIFFITH LUCIANO, P.A.**

By: */s/ Arnold U. Luciano*
Arnold U. Luciano, MS Bar No. 99198
Attorney for Defendant

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
Fax No. 662-843-6176
Email: aluciano@jlpalaw.com

## **CERTIFICATE OF SERVICE**

I, Arnold U. Luciano, attorney of record for Defendant, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered by the ECF Filing System which gave notice to the following:

Jim Waide, Esq.
Rachel Pierce Waide, Esq.
Yance Falkner, Esq.
Waide & Associates, P.A.
332 N Spring Street
P.O. Box 1357 (38802)
Tupelo, MS 38804
Phone: 662-842-7324
Fax: 662-842-8056
Email: jdw@waidelaw.com
        rpierce@waidelaw.com
        yfalkner@waidelaw.com
**Attorneys for Plaintiff**

**DATED** this 23rd day of April, 2026.

　　　　　　　　　　　　　　　　 */s/ Arnold U. Luciano*
　　　　　　　　　　　　　　　　 Arnold U. Luciano